

**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Cyndee.Peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

MAY 0 4 2018

Clerk, U.S. District ...
District Of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18- 23  -M- DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **PROHIBITED PERSON IN POSSESSION OF A FIREARM**<br>Title 18 U.S.C. § 922(g)(1) (Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
| WILLIAM DALE NEWHOFF, JR., | |
| Defendant. | |
| | **POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER**<br>Title 18 U.S.C. § 922(k) (Count II)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |
| | **CRIMINAL FORFEITURE**<br>18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

1

## COUNT I

That on or about January 30, 2018, in Missoula County, in the State and District of Montana, the defendant, WILLIAM DALE NEWHOFF, JR., having been convicted on or about March 2009 and July 2010, of a crime punishable by imprisonment for a term exceeding one year under the laws of the United States of America, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, namely a Hi-Point Firearms, Model C9, 9mm Luger pistol, with an obliterated serial number, in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

That on or about January 30, 2018, in Missoula County, in the State and District of Montana, the defendant, WILLIAM DALE NEWHOFF, JR., knowingly possessed a firearm, that is a Hi-Point Firearms, Model C9, 9mm Luger pistol, that had been transported in interstate commerce, from which the manufacturer's serial number had been removed, altered, and obliterated, in violation of 18 U.S.C. § 922(k).

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses listed in this indictment, the defendant, WILLIAM DALE NEWHOFF, JR., shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any violation of the offense.

A TRUE BILL.   Foreperson signature redacted. Original document filed under seal.

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant ✓ _____
Bail _____