IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM DALE NEWHOFF, JR.,<br><br>Defendant. | CR 18-23-M-DLC<br><br><br>ORDER |

Upon Petition of Cyndee L. Peterson, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (For Prosecution) directing the Warden of the Montana State Prison, the Warden of the Missoula County Detention Facility, and the United States Marshal for the District of Montana, to produce WILLIAM DALE NEWHOFF, JR. before the Court at the United States Magistrate Judge's Courtroom in Missoula, Montana at 1:15 p.m. on Thursday, June 7, 2018, and WILLIAM DALE NEWHOFF, JR. is to stay in federal custody until judgment in this cause is issued. WILLIAM DALE NEWHOFF, JR. shall then be returned to

the custody of the Warden, Missoula County Detention Facility, Missoula, Montana.

DATED this 1st day of June, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge