IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM DALE NEWHOFF, JR., <br><br> Defendant. | CR 18–23–M–DLC <br><br><br> ORDER |

THIS matter comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 24). Defendant William Dale Newhoff, Jr. appeared before the Court on August 7, 2018, and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. The defendant's guilty plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d) and Rule 32.2.

IT IS ORDERED:

THAT Defendant William Dale Newhoff, Jr.'s interest in the following property is forfeited to the United States in accordance with U.S.C. 18 § 924(d):

- Hi-Point Firearms, Model C9, 9mm Luger pistol, serial number: obliterated;
- 47 Rounds Assorted Ammunition

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 20th day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court